UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS CLYDE WHITE,

    Plaintiff,

-vs-                            Case No. 6:09-cv-1208-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case is before the Court on an appeal from a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for benefits (Complaint, Doc. No. 1) filed July 10, 2009. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 3, 2010 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision denying Plaintiff's application for benefits is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) because the decision is not supported by substantial evidence.

3. The Clerk is directed to enter judgment in favor of Plaintiff and to thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 31st day of August, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party