# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS CLYDE WHITE,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:09-cv-1208-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 21) filed September 19, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 26, 2010 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees is **GRANTED in part** and **DENIED in part.**

3. Plaintiff is awarded $4,288.07 in Equal Access to Justice Act ("EAJA") fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16th__ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge