**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THOMAS CLYDE WHITE,**

        **Plaintiff,**

-vs-                              **Case No. 6:09-cv-1208-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Richard Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 25) filed September 2, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 2, 2012 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) is **GRANTED**.

3. Mr. Culbertson is authorized to charge and collect from Plaintiff the sum of $36,680.75 in 406(b) fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___24th___ day of May, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge