# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS CLYDE WHITE,**

       **Plaintiff,**

**-vs-**                                                        **Case No. 6:09-cv-1208-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Supplemental Motion for Attorney Fees under the Equal Access to Justice Act (Doc. No. 45) filed July 25, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Statement of Non-Objection to the Report and Recommendation (Doc. No. 47), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 26, 2012 (Doc. No. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Supplemental Motion for Attorney Fees under the Equal Access to Justice Act (Doc. No. 45) is **GRANTED**.

3. Plaintiff is awarded $3,394.71 in attorney fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30th day of July, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record